# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH WHITFIELD, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1390 |
| v. | : | (JUDGE MANNION) |
| COMM. OF PA, et al., | : | |
| Defendants | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The motion to dismiss, filed on behalf of Defendants PrimeCare Medical Inc., and Dr. William Young (Doc. 21) is **GRANTED**.

2. The motion for summary judgment, filed on behalf of Defendants Warden Brian Clark, Dauphin County Prison and Dauphin County Sheriff's Department, (Doc. 23) is **GRANTED**. Judgment is hereby entered in favor of the Defendants Warden Brian Clark, Dauphin County Prison and Dauphin County Sheriff's Department and against the Plaintiff.

3. The Commonwealth of Pennsylvania is **DISMISSED** as not a properly named Defendant in this matter.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).


*S/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: March 30, 2020
18-1390-01-ORDER